JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGEND BROOKS,<br><br>        Petitioner,<br><br>  v.<br><br>RAYMOND MADDEN, Warden,<br><br>        Respondent. | Case No. CV 20-03509-PSG (PD)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed without prejudice.

DATED: March 30, 2021.

PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE